DANIEL G. BOGDEN
United States Attorney

CHRISTINA M. BROWN
Assistant United States Attorney
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

Attorneys for Plaintiff
United States of America

```
                    FILED         RECEIVED
                    ENTERED       SERVED ON
                    COUNSEL/PARTIES OF RECORD

                        OCT - 7 2011

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
               BY:                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America,** | Case No   2:11-cr-00365-JCM-RJJ |
| Plaintiff, | **Criminal Information** |
| v. | VIOLATIONS: |
| **Kevin McAuliffe,** | 18 U.S.C. § 1341 - Mail Fraud |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

At all times relevant:

1. Kevin McAuliffe was employed as a Roman Catholic Priest at St. Elizabeth Ann Seton Church in Las Vegas, Nevada.

2. St. Elizabeth Ann Seton Church is a parish within the Roman Catholic Church Diocese for Las Vegas, Nevada.

3. McAuliffe was the financial director of the parish and primarily responsible for financial matters.

4. McAuliffe was signatory on all parish bank accounts and had access to funds in the parish safe, including but not limited to money from offertory collections, the votive candle

collection box, and sales from the parish gift shop.

5. McAuliffe held a personal American Express credit card and had authority to reimburse himself from the parish's general bank account for church-related expenses.

6. McAuliffe was required to submit to the Diocese approximately thirteen percent (13%) of the parish's adjusted gross income as documented in the financial statements he prepared for the parish. Adjusted gross income included money generated by offertory collections from parishioners, votive candles, youth group activities, fees for baptisms, funerals and marriages, mission funds, and fund-raising activities.

7. McAuliffe was required to submit to the Diocese annual financial statements on behalf of the parish, supported by complete and accurate documentation.

8. The Diocese relied on the parish's financial statements to prepare financial statements it mailed to the Archdiocese of San Francisco.

9. In 2006, McAuliffe began serving on the Las Vegas Diocese Finance Committee.

## COUNTS ONE THROUGH THREE
Mail Fraud

10. From in or about 2002 to in or about 2010, in the State and Federal District of Nevada,

**KEVIN MCAULIFFE,**

defendant herein, did devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, to wit: the defendant stole money from the parish, then created false financial statements that concealed his theft of the money.

11. It was part of the scheme and artifice that McAuliffe stole money from the parish by taking money from the votive candle collection, the gift shop, the mission fund, and the parish's general bank account.

12. It was further part of the scheme and artifice that McAuliffe stole money from the parish by reimbursing himself from the parish's general account for non-church related expenses charged to his American Express card.

13. It was further part of the scheme and artifice that McAuliffe knowingly created materially false financial statements that concealed his theft of funds, thereby underreporting parish income and the Diocese's assessment due, knowing that the Diocese would rely on the parish's financial statements to create financial statements for the Archdiocese.

14. It was further part of the scheme and artifice to defraud that from 2006 to 2010, McAuliffe signed letters that accompanied the false financial statements the Diocese mailed to the Archdiocese of San Francisco.

15. On or about the dates set forth below, in the State and District of Nevada, for the purpose of executing the scheme and artifice, McAuliffe caused the following financial statements to be placed into a post office and authorized depository for mail matter, to be sent and delivered by Postal Service and commercial interstate carrier to the Archdiocese in San Francisco, California, with each mailing constituting a separate violation of Title 18, United States Code, Sections 1341.

| Count | Date | Description |
|---|---|---|
| 1 | December 22, 2008 | Financial Statement for Fiscal Year 2007-2008 |
| 2 | November 11, 2009 | Financial Statement for Fiscal Year 2008-2009 |
| 3 | November 15, 2010 | Financial Statement for Fiscal Year 2009-2010 |

DANIEL G. BOGDEN
United States Attorney

CHRISTINA M. BROWN
Assistant United States Attorney