# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

# NOTICE

### Contact the United States Probation Office Today

The Court has ordered that the United States Probation Office complete a presentence investigation report in your case. You and/or your attorney are instructed to contact the United States Probation Office, or report in person, within 24 hours to schedule the presentence interview. The United States Probation Office is located at:

**UNITED STATES PROBATION OFFICE**
**FOLEY FEDERAL BUILDING**
**300 LAS VEGAS BOULEVARD SOUTH, SUITE 1200**
**LAS VEGAS, NEVADA 89101-5813**
**(702) 527-7300**

Upon reporting to the United States Probation Office, present this form to the receptionist. In the event you or your attorney are unable to contact the United States Probation Office today, you or your attorney must contact the United States Probation Office on the following business day. If you have any questions, please contact your attorney and the probation office forthwith.

**NOTE: Attorneys if your defendant is in custody, it is your responsibility to contact the United States Probation Office forthwith to schedule the presentence interview.**

Case Number: 2:11-CR-365-JCM-RJJ

RE: Defendant: KEVIN MCAULIFFE

Attorney of Record: MARGARET STANISH

Date of Plea/Verdict: 10-7-2011

Date/Time of Sentencing: 1-6-2012 @ 10:30 AM

White to Court File
Yellow to United States Probation
Pink to Attorney
Goldenrod to Defendant

☑ On Bond
☐ In Custody