PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. Kevin MCAULIFFE            Docket No. 2:11-cr-00365-JCM-RJJ-1

Petition for Action on Conditions of Pretrial Release

COMES NOW Jaime Stroup, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant KEVIN MCAULIFFE, who was released by the Honorable James C. Mahan in the Court at Las Vegas, Nevada on October 7, 2011 on a Personal Recognizance Bond.

Respectfully presenting petition for action of Court and for cause as follows:

On October 13, 2011, the defendant was interviewed by Pretrial Services for the purpose of preparing a Post Bail report. Pretrial Services views the defendant as a risk of nonappearance based upon his possession of a passport, and foreign travel. However, we believe conditions including surrender passport, do not obtain a new passport, and a travel restriction would address this risk.

PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S CONDITIONS OF RELEASE BE MODIFIED TO INCLUDE THE CONDITIONS THAT HE SURRENDER HIS PASSPORT TO PRETRIAL SERVICES, DO NOT OBTAIN A NEW PASSPORT OR OTHER TRAVEL DOCUMENT, TRAVEL IS RESTRICTED TO THE CONTINENTAL UNITED STATES.

ORDER OF COURT

Considered and ordered this _____ day of November, 2011 and ordered filed and made a part of the records in the above case.

_____
Honorable James C. Mahan
U.S. District Judge

I declare under penalty of perjury that the information herein is true and correct.
Executed on this 2ND day of November, 2011.

Respectfully Submitted,

_____
Jaime B. Stroup
United States Pretrial Services Officer

Place: Las Vegas, Nevada