**Nevada District Court Website**
**Karen Kinney**    to: webmaster-nvd    12/29/2011 08

---

To the Nevada District Court of Judges,

My name is Karen Kinney, I am a 17 year resident of Las Vegas, NV. During my 17 years in Las Vegas I have been a Parishioner of St. Elizabeth Ann Seton Catholic Church in Summerlin.
For over 15 years Monsignor Kevin McAulliffe has been my Priest and Mentor.
Over the last 6 months, with heavy heart, myself, my family and my fellow brethren, have suffered over the loss from our Parish, of our Priest and Pastor, Monsignor Kevin McAuliffe.
We were all much more saddened to hear the tragic and sad news of his conviction for his gambling addiction as well as the disbelief that our beloved's Federal Offense conviction was for taking money from our Church.
I speak for myself and many from our very large congregation, that we are sorry for what Fr. Kevin has done, but all the good that he has done for all of us over these many years, has outweighed the sin of taking the money from our Church.

Fr. Kevin has through the Grace of God, forgiven all of us for all of our many sins, and in our Faith, we are remorseful and forgiven souls, when we ask for God's forgiveness through the sacrament of Reconciliation, it is granted through our ordained Priests, we say our Penance Prayers and our sins are forgiven. "Go in Peace and sin no more".

Please, consider the goodness, hard work, the life he gave up for the multitudes, this being his first offense, his love for his flock and the love that his flock has for him, and be kind and merciful to this man of God.
On January 6th when the sentencing for his Federal crime, (while in our Catholic faith, it is still little Christmas and we are still celebrating the birth of Christ), remember that our beloved Fr. Kevin McAuliffe was chosen by Jesus Christ, and although he is imperfect because he is still a man, he was chosen by Jesus Christ to be one of His Disciples.

If there is anything that I can say or do to assist in the mercy of Fr. Kevin McAuliffe, you may contact me at 702-233-8025 or 702-278-3029.

Sincerely,
Karen Kinney
11468 Timber Mountain Ave.
Las Vegas, NV 89135

PS: Please refer this letter to the Federal Judge that will be handling the case for Fr. Kevin McAuliffe.

   And May God Bless our Judges and all in the Federal Court System.