MARGARET M. STANISH, ESQUIRE
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Telephone: (702) 382-4004
Facsimile: (702) 382-4800
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. 2:11-CR-00365-JCM-RJ |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| KEVIN MCAULIFFE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**STIPULATION AND ORDER
AMEND JUDGMENT OF CONVICTION
TO CREDIT RESTITUTION PAID**

IT IS HEREBY AGREED AND STIPULATED between the parties, by and through

their respective attorneys, Christina Brown, Assistant United States Attorney, for the United

States, and Margaret M. Stanish, for Defendant Kevin McAuliffe, that the Judgment of

Conviction in the instant case should be amended to reduce the restitution amount from

$650,000, to $635,329.65.  Said reduction reflects credit for $14,670.35 in restitution paid

by the defendant to the victim prior to sentencing.

DATED: May 4, 2012.


DANIEL BODGEN                              WRIGHT STANISH & WINCKLER
United States Attorney


By _____/s/_____                   By _____/s/_____
   Christina Brown                           MARGARET M. STANISH
   Assistant United States Attorney          Counsel for Defendant McAuliffe

**ORDER**

IT IS HEREBY ORDERED, upon the stipulation of the parties and good cause shown, that the Judgement of Conviction in the above-captioned matter shall be amended to reduce the restitution amount from $650,000 to $635,329.65, to reflect credit for $14,670.335 paid to the victim prior to sentencing.

DATED this ___7th___ day of May 2012.

_____
JAMES C. MAHAN
United States District Court Judge